FILED
 2009 Apr-30  PM 03:51
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MADELINE BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 08-G-1414-S |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM OPINION**

The plaintiff, Madeline Blankenship, brings this action seeking judicial review of a final adverse decision of the Commissioner of the Social Security Administration (the Commissioner) denying her application for Social Security Benefits. Madeline Blankenship filed an application for Social Security Benefits. Thereafter, plaintiff timely pursued and exhausted the administrative remedies available before the Commissioner. Accordingly, this case is now ripe for judicial review pursuant to the provisions of section 205(g) of the Social Security Act (the Act), 42 U.S.C. § 405(g).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal

standards were applied.  <u>Bloodsworth v. Heckler</u>, 703 F.2d 1233, 1239 (11th Cir. 1983).  To that end this court "must scrutinize the record as a whole to determine if the decision reached is reasonable and supported by substantial evidence." <u>Bloodsworth</u>, at 1239 (citations omitted).  Substantial evidence is "such relevant evidence as a reasonable person would accept as adequate to support a conclusion." <u>Bloodsworth</u>, at 1239.  The court has carefully reviewed the entire record in this case and is of the opinion that the Commissioner's decision is supported by substantial evidence and that proper legal standards were applied in reaching that decision.  Accordingly, the decision of the Commissioner must be affirmed.

      The Commissioner's brief correctly points out that the plaintiff's brief contains several misleading arguments.  Most notably plaintiff's attorney, Cheryl D. Chapman, misstated the opinions of plaintiff's own consultant, Dr. Dewees.  The following is from attorney Chapman's brief:  "What consultative examiner <u>actually says</u> in his evaluation is that Plaintiff has suffered from diffuse arthritis for at least five years."  (Pl.'s br. at 9 (emphasis added).)  In reality, Dr. Dewees's report states as follows:  "<u>She notes</u> that she has had diffuse arthritis for at least five years." Record 200 (emphasis added).  As the Commissioner points out in his brief, there are other instances where attorney Chapman characterizes statements made by the plaintiff *to* her doctors as being statements *by* her doctors.  This is not the first time

attorney Chapman has mischaracterized doctor's reports in this manner.  (<u>See</u> <u>eg</u>., <u>Christopher L. Peebles v. Astrue</u>, CV-07-G-1198-NE (Slip op. March 5, 2008)(Attached hereto as "Exhibit A".)  Such deliberate mischaracterization of the record will not be tolerated.

      A separate order in conformity with this memorandum opinion will be entered.

      DONE and ORDERED 30 April 2009.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.